# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| CARLTON LANDIS | PLAINTIFF-APPELLANT |
| v. | C.A. NO. 20-60939 |
| | 3:19cv177-DPJ-FKB |
| M. MARTIN, ET AL. | DEFENDANTS-APPELLEES |

## MOTION TO SUSPEND BRIEFING SCHEDULING DURING PENDENCY OF MOTION TO DISMISS

Pursuant to Rules 26 and 27 of the Federal Rules of Appellate Procedure, the Appellees move to suspend the briefing schedule while this Court considers the Appellees' contemporaneously filed motion to dismiss or, in the alternative, motion for summary affirmance. In support, Appellees show:

1. Moments before filing this motion, Appellees moved to dismiss Landis's appeal or, alternatively, for summary affirmance of the district court's judgment.

2. This Court's resolution of the pending motion to dismiss or for summary affirmance should relieve Appellees of the need to prepare and submit a response brief and should relieve this Court of the need to consider such brief.

### CERTIFICATE OF CONFERENCE

Because Landis is pro se and incarcerated, the undersigned did not contact him to ascertain his position regarding the present motion. The undersigned assumes that the motion is opposed.

### CONCLUSION

Appellees ask that this Court suspend the briefing schedule until it rules on the Appellees' contemporaneously filed motion to dismiss or, in the alternative, motion for summary affirmance. Should merits briefing be required after the Court rules on the motion to dismiss, Appellees request that they receive 30 days in which to submit their merits brief.

Respectfully submitted,

DARREN J. LAMARCA
*Acting United States Attorney for the Southern District of Mississippi*

/s/ *Jennifer Case*
JENNIFER CASE
Mississippi Bar Number 104238
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
Dated: February 2, 2021        (601) 965-4480

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to the *pro se* appellant as follows:

<u>*Pro Se Appellant*</u>
Carlton Theodore Landis
Fed. Reg. No. 24449-056
Administrative United States Penitentiary
P.O. Box 1002
Thomson, IL  61285

/s/ *Jennifer Case*
JENNIFER CASE
*Assistant United States Attorney*

Dated:  February 2, 2021

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 194 words, excluding the parts which are exempted by the rules.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Palatino Lynotype 14-point font produced by MS Word 365 software; the footnotes are in 12-point type.

3. Any relevant privacy redactions have been made to this document.

4. The electronic submission of this brief is an exact copy of the paper document as required by FIFTH CIR. R. 25.2.1.

5. This brief has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Dated: February 2, 2021

/s/ *Jennifer Case*
JENNIFER CASE
*Assistant United States Attorney*